UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No.    1:10-MJ-75

    vs.        Hon. Hugh W. Brenneman
        United States Magistrate Judge

JEFFERY JACKSON,

        Defendant.
                    /

## **ORDER**

Considering the foregoing motion, it is hereby ordered that the Complaint filed in the above-captioned case is hereby dismissed without prejudice.

Dated: August 23, 2010        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, Jr.
        United States Magistrate Judge